```
QUIN DENVIR, Bar #49374
Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California  93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR BARRAGAN-REALZOLA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR BARRAGAN-REALZOLA,<br><br>　　　　Defendant. | Case No. 1:05cr0282 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE HEARING AND ORDER THEREON<br><br>Date:　October 3, 2005<br>Time:　9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **status conference hearing now set for September 19, 2005, may be continued to October 3, 2005, at 9:00 A.M.**

　　　This stipulation is requested by counsel for defendant to complete negotiation and preparation of a plea agreement.

///
///
///
///
///
///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A), 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

McGREGOR W. SCOTT
United States Attorney

DATED: September 6, 2005     By:    /s/ Francine Zepeda with consent of
                                        Marianne A. Panza
                                    MARIANNE A. PANZA
                                    Assistant United States Attorney
                                    Counsel for Plaintiff

QUIN DENVIR
Federal Defender

DATED: September 6, 2005     By:    /s/ Francine Zepeda
                                    FRANCINE ZEPEDA
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    VICTOR BARRAGAN-REALZOLA

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and 3161(h)(8)(B)(iv).

IT IS SO ORDERED.

**Dated:   September 7, 2005**            **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE