1  McGREGOR W. SCOTT
   United States Attorney
2  MARIANNE A. PANSA
   Assistant U.S. Attorney
3  3654 Federal Building
   1130 "O" Street
4  Fresno, CA   93721
   Telephone: (559) 498-7272
5

6

7

8              UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA    ) Case No. 1:05-cr-00282 AWI
                               )
12             Plaintiff,      ) STIPULATION AND
                               ) ORDER FOR CONTINUANCE
13         v.                  )
                               )
14 VICTOR BARRAGAN-REALZOLA,   )
                               )
15             Defendant.      )
   _____)
16

17      IT IS HEREBY STIPULATED by and between McGregor W. Scott,

18 United States Attorney and Marianne A. Pansa, Assistant U.S.

19 Attorney and Francine Zepeda, attorney for defendant, Victor

20 Barragan-Realzola, that the Status Conference currently scheduled

21 for November 14, 2005 at 9:00 a.m. be continued to November 21,

22 2005 at 9:00 a.m. The parties agree that time shall be excluded

23 beginning on November 7, 2005 until the next hearing date in the

24 interest of justice and for effective defense preparation

25 ///

26 ///

27 ///

28 ///

1  pursuant to 18 U.S.C. §§ 316(h)(8)(A), 3161(h)(8)(B)(I), and
2  316(h)(8)(B)(iv).

5  Dated: November 7, 2005           Respectfully submitted,

7                                    McGREGOR W. SCOTT
8                                    United States Attorney

11                              By    /s/ Marianne A. Pansa
12                                    MARIANNE A. PANSA
13                                    Assistant U.S. Attorney

15  Dated: November 7, 2005            /s/ Francine Zepeda
16                                    FRANCINE ZEPEDA
17                                    Attorney for Defendant
18                                    VICTOR BARRAGAN-REALZOLA

20     IT IS SO ORDERED.
21  **Dated:   November 8, 2005**           **/s/ Anthony W. Ishii**
    0m8i78                                UNITED STATES DISTRICT JUDGE