DENNIS S. WAKS, Bar #142581
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR BARRAGAN-REALZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:05cr0282 AWI |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE MOTIONS |
| ) | HEARING AND ORDER THEREON |
| v. ) | |
| ) | Date: February 6, 2006 |
| VICTOR BARRAGAN-REALZOLA, ) | Time: 9:00 A.M. |
| ) | Judge: Hon. Anthony W. Ishii |
| Defendant. ) | |
| ) | |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **hearing on motions now set for January 30, 2006, may be continued to February 6, 2006, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide her additional time for defense preparation and further investigation, and to allow the parties additional time for plea negotiation and preparation of a plea agreement.

///
///
///
///
///

1    The parties also agree that any delay resulting from this continuance shall be excluded in the
2    interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: January 24, 2006         By:   /s/ Francine Zepeda with consent of
                                       Marianne A. Panza
                                MARIANNE A. PANZA
                                Assistant United States Attorney
                                Counsel for Plaintiff


DENNIS S. WAKS
Acting Federal Defender


DATED: January 24, 2006         By:    /s/ Francine Zepeda
                                FRANCINE ZEPEDA
                                Assistant Federal Defender
                                Attorney for Defendant
                                VICTOR BARRAGAN-REALZOLA


## ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   January 26, 2006**                 **/s/ Anthony W. Ishii**
0m8i78                                         UNITED STATES DISTRICT JUDGE

Stipulation to Continue Motions
Hearing and [Proposed] Order Thereon          2