DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR BARRAGAN-REALZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR BARRAGAN-REALZOLA,<br><br>　　　　　Defendant. | Case No. 1:05cr0282 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  March 6, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **hearing on motions now set for February 27, 2006, may be continued to March 6, 2006, at 9:00 A.M.**

The continuance is at the request of defense counsel to provide additional time for an attorney from the office to consult with the defendant regarding his case and to allow the parties additional time for plea negotiation and preparation of a plea agreement.

///

///

///

///

///

The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

                                              McGREGOR W. SCOTT
                                              United States Attorney

DATED: February 23, 2006                     By:    /s/ Francine Zepeda with consent of
                                                           Marianne A. Panza
                                              MARIANNE A. PANZA
                                              Assistant United States Attorney
                                              Counsel for Plaintiff

                                              DANIEL J. BRODERICK
                                              Acting Federal Defender

DATED: February 23, 2006                     By:    /s/ Francine Zepeda
                                                           FRANCINE ZEPEDA
                                              Assistant Federal Defender
                                              Attorney for Defendant
                                              VICTOR BARRAGAN-REALZOLA

## ORDER

**IT IS SO ORDERED.** Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:**   **February 24, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                              UNITED STATES DISTRICT JUDGE