DANIEL J. BRODERICK, Bar #89424
Acting Federal Defender
FRANCINE ZEPEDA, Bar #91175
Assistant Federal Defender
Designated Counsel for Service
2300 Tulare Street, Suite 330
Fresno, California 93721-2226
Telephone: (559) 487-5561

Attorney for Defendant
VICTOR BARRAGAN-REALZOLA

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>VICTOR BARRAGAN-REALZOLA,<br><br>　　　　　Defendant. | Case No. 1:05-cr-00282 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER THEREON<br><br>Date:  April 17, 2006<br>Time:  9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

　　**IT IS HEREBY STIPULATED** by and between the parties hereto through their respective counsel that the **hearing on motions now set for April 3, 2006, may be continued to April 17, 2006, at 9:00 A.M.**

　　The continuance is at the request of defense counsel to provide additional time for counsel to review a new plea agreement with the defendant and for plea negotiations to conclude.

///
///
///
///
///

1 The parties also agree that any delay resulting from this continuance shall be excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A), and 3161(h)(8)(B)(i) and (iv).

McGREGOR W. SCOTT
United States Attorney

DATED: March 30, 2006    By:   /s/ Francine Zepeda with consent of
                                Marianne A. Panza
                                MARIANNE A. PANZA
                                Assistant United States Attorney
                                Counsel for Plaintiff

DANIEL J. BRODERICK
Acting Federal Defender

DATED:  March 30, 2006    By:    /s/ Francine Zepeda
                                 FRANCINE ZEPEDA
                                 Assistant Federal Defender
                                 Attorney for Defendant
                                 VICTOR BARRAGAN-REALZOLA

## ORDER

**IT IS SO ORDERED.**  Time is excluded in the interest of justice pursuant to 18 U.S.C. §§ 3161(h)(1)(F), 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:   March 31, 2006**              **/s/ Anthony W. Ishii**
0m8i78                                    UNITED STATES DISTRICT JUDGE

Stipulation to Continue Status Conference        2